374 December 31, 2025 No. 1168

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SHANE A. LEE,
*Defendant-Appellant.*

Coos County Circuit Court
23CR37435; A184117

Martin E. Stone, Judge.

Submitted December 4, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Bruce A. Myers, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Deputy Attorney General, and Elise Josephson, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, Powers, Judge, and O'Connor, Judge.

PER CURIAM

Affirmed. *State v. Manoff*, 295 Or App 566, 435 P3d 803 (2019); *State v. Farnham*, 341 Or App 787, 575 P3d 196, *rev den*, 374 Or 593 (2025); *State v. Hamann*, 363 Or 264, 422 P3d 193 (2018).